### HOCKSTACKER *et al. v.* LEVY *et al.*

Uhlfelder *et al v.* Levy *et al.* (9 Cal. 607) affirmed.

APPEAL from the District Court of the Tenth Judicial District, County of Yuba.

*Messick & Swesey* for Appellants.

*Reardon, Smith & Mitchell* for Respondents.

BURNETT, J., at the April Term, 1858, delivered the opinion of the Court—TERRY, C. J., concurring.

The facts of this case are similar to those of the case of Uhlfelder and others *v.* Levy and others, and the same disposition must be made of it.

Judgment affirmed.